In the Matter of JOHN KINNEY, Petitioner, v DAVID AXELROD, Respondent.—Motion for permission to prosecute proceeding as poor person denied with leave to renew before Special Term (see *Jenks v Murphy,* 21 AD2d 346).